UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OCCIUS PROPHETE,

                       Plaintiff,

   -against-

SLANTCO MANUFACTURING, INC.,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 0355 (DGT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ NOV 7 2005 ★

BROOKLYN OFFICE

      A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on November 2, 2005, granting defendant's motion to dismiss; and dismissing plaintiff's claims with prejudice; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion to dismiss is granted; and that plaintiff's claims are dismissed with prejudice.

Dated: Brooklyn, New York
       November 02, 2005

                        s/Robert C. Heinemann
                      ROBERT C. HEINEMANN
                      Clerk of Court